# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| FREE SPEECH SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE DICKSON, in his personal capacity and as administrator of the Federal Aviation Administration; and the FEDERAL AVIATION ADMINISTRATION,<br><br>    Defendants. | Case No. 2:21-cv-00051-AM-CW<br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Free Speech Systems, LLC, by and through its undersigned counsel of record, now hereby gives notice of its voluntary dismissal of the above-captioned matter without prejudice, as the matter has become moot.

Dated: October 4, 2021.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza (admitted W.D. Tex.)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
Email: ecf@randazza.com

Attorneys for Plaintiff,
Free Speech Systems, LLC

Case No. 2:21-cv-00051-AM-CW

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of October 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Marc J. Randazza<br>
Marc J. Randazza